**FILED**

MAY 2 8 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. **1 : 25 CR 0 0 2 6 4** |
| v. ) | |
| ) | Title 18, United States Code, |
| MICHELLE HAYNESWORTH, ) | Section 641 |
| ) | **JUDGE FLEMING** |
| Defendant. ) | |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around December 2015, to in or around August 2020, in the Northern District

of Ohio, Eastern Division, Defendant MICHELLE HAYNESWORTH, in a continuing course of

conduct, willfully and knowingly did steal, purloin and convert to her own use, without

authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the

Social Security Administration, an agency of the United States, to wit:  Title II Retirement

Insurance benefits, in the amount of approximately $70,644, in violation of Title 18, United

States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.